UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERYL D. KALMANOFF,

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C14-982-RSM

**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS**

Having considered the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, the Court finds and **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's final decision is reversed and the case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk shall provide a copy of this Order to the parties and Judge Tsuchida.

DATED this 9th day of January 2015.

                                RICARDO S. MARTINEZ
                                UNITED STATES DISTRICT JUDGE